**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MONISHA DALCOE,<br><br>Plaintiff,<br><br>v.<br><br>NEW PRIME, INC.<br><br>Defendant. | CAFN: 1: 19-CV-00549-AT |

**CONSENT MOTION TO EXTEND DISCOVERY**

COME NOW, Plaintiff Monisha Dalcoe and Defendant New Prime, Inc. (hereinafter "the Parties") and file this Consent Motion to Extend Discovery, showing this Honorable Court the following:

**1.**

Plaintiff's Complaint in this matter was filed December 28, 2018 in Clayton County State Court and Defendant removed the case to this Court on February 1, 2019. [Doc. 1]. Per this Court's Order, discovery in this case expires September 3, 2019. [Doc. 6; *see also* March 1, 2019 Docket Entry].

**2.**

The parties have diligently pursued discovery in this case, including conducting written discovery of the parties, written discovery of non-party entities,

and taking and scheduling depositions. However, there have been unanticipated delays in completing discovery due to trial schedules of the attorneys and delays in the ability to produce evidence in response to discovery requests which the parties are attempting to resolve without Court involvement.

**3.**

The Parties are in agreement that an additional four months is necessary and would be beneficial in completing written discovery and completing the deposing the witnesses and parties in this case. Therefore, the Parties respectfully request discovery be extended until and through January 3, 2019.

**4.**

There have been no previous requests for extensions of the discovery period.

This 3rd day of September, 2019.

*(Signatures on following page)*

Respectfully Submitted,

**BROWN BARNWELL, P.C.**

*/s/ Chauncey Barnwell*

_____
C. NAPOLEON BARNWELL, ESQ.
State Bar No.: 728188
**BROWN BARNWELL, P.C.**
30 Perimeter Park Drive, Suite 205
Atlanta, Georgia 30341
(800) 834-1898 Phone
(866) 468-9898 Fax
*chauncey@barnwellfirm.com*
Counsel for Plaintiff
 *(E-Signed with express permission Elizabeth L. Bentley)*


**SWIFT, CURRIE, McGHEE & HIERS, LLP**

 */s/ Elizabeth L. Bentley*

_____
RICHARD C. FOSTER, ESQ.
State Bar No.: 271057
ELIZABETH L. BENTLEY, ESQ.
State Bar No.: 828730
**Swift, Currie, McGhee & Hiers, LLP**
1355 Peachtree Street NE, Suite 300
Atlanta, Georgia 30309
(404) 874-8800 Phone
(404) 888-6199 Fax
*richie.foster@swiftcurrie.com*
*beth.bentley@swiftcurrie.com*
***Attorneys for Defendants***


# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MONISHA DALCOE,<br><br>Plaintiff,<br><br>v.<br><br>NEW PRIME, INC.<br><br>Defendant. | CAFN: 1: 19-CV-00549-AT |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Consent Motion to Extend Discovery** upon all parties to this matter by filing same with the Clerk of Court using the CM/ECF (Pacer) system which will automatically send an electronic copy of same to all counsel of record and parties as follows:

C. NAPOLEON BARNWELL, ESQ.
BROWN BARNWELL, P.C.
30 Perimeter Park Drive, Suite 205
Atlanta, Georgia 30341

This 3rd day of September, 2019.

                    */s/ Elizabeth L. Bentley*
By: _____
        ELIZABETH L. BENTLEY, ESQ.
        State Bar No.: 828730
        **SWIFT, CURRIE McGHEE & HIERS, LLP**