# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:19-cv-00549-AT
## Dalcoe v. New Prime, Inc.
## Honorable Amy Totenberg

Minute Sheet for proceedings held In Open Court on 06/21/2022.

TIME COURT COMMENCED: 09:30 A.M.
TIME COURT CONCLUDED: 05:00 P.M.
TIME IN COURT: 6:30
OFFICE LOCATION: Atlanta

COURT REPORTER: Shannon Welch
CSO/DUSM: 1 CSO
DEPUTY CLERK: Harry Martin

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Chauncey Barnwell representing Monisha Dalcoe<br>Elizabeth Bentley representing New Prime, Inc.<br>William Casey representing New Prime, Inc. |
| PROCEEDING CATEGORY: | Jury Trial Continued; |
| MINUTE TEXT: | Defendant Case-in-chief continues. Defense rests. Closing Argument. |
| HEARING STATUS: | Hearing not concluded. Court adjourned and will reconvene at 09:30 AM on Wednesday, June 22, 2022. |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |