IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 2 2 2022

Kevin P. Weimer, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| MONISHA DALCOE, | : |
| Plaintiff, | : |
| v. | : |
| NEW PRIME, INC., | : CIVIL ACTION NO. |
| | : 1:19-cv-549-AT |
| Defendants. | : |

**VERDICT**

**SELECT ONE:**

1. We, the jury, find that Defendant is liable to Plaintiff for damages (with no fault on the part of the Plaintiff) in the amount of $ _____.

—OR—

2. We, the jury, find that Defendant is liable to Plaintiff and that any negligence on the part of the Plaintiff is less than 50%, and we apportion liability in the following amounts:

Liability of Defendant: __60__ %

Liability of Plaintiff: __40__ %

—AND—

We, the jury, find total, <u>unreduced</u> damages in the amount of $1,765,359.74

**(continued on next page)**

—OR—

3. We, the jury, find for the Defendant as:

   _____ Defendant is not liable

   _____ Plaintiff's contributory negligence is 50% or more



**SO SAY WE ALL,** signed and dated at the United States Courthouse, Atlanta, Georgia, this 22 of June, 2022.


_____       _____
**Foreperson's Signature**                    **Foreperson's Printed Name**

(Signatures: Marian Malone / MARAIN MAHONE)