# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MONISHA DALCOE,

        Plaintiff,

vs.

NEW PRIME, INC.,

        Defendant.

CIVIL ACTION FILE

NO. 1:19-cv-0549-AT

## JUDGMENT ON JURY VERDICT

This action having come before the Court for a trial by jury, the Honorable Amy Totenberg presiding, the issues having been tried, and the jury having rendered its verdict in favor of Plaintiffs, it is

**Ordered and Adjudged** that Plaintiff Monisha Dalcoe recover from Defendant New Prime, Inc., the amounts of $1,059,215.84 plus costs and interest at the legal rate from the date of this judgment to the date payment is made in full.

Dated at Atlanta, Georgia this 29th day of June, 2022.

        KEVIN M. WEIMER
        CLERK OF COURT

        By: s/ Harry F. Martin
            Courtroom Deputy Clerk

Prepared & Filed
In the Clerk's Office
June 29, 2022
Kevin M. Weimer
Clerk of Court
By: s/ Harry F. Martin
Courtroom Deputy Clerk